LEO FELLMAN

VS

**8068**

No. 8068

MRS. ISABEL SMITH

Hon. Court of Appeal
suction of Circuit
FILED JULY 31/21

CHARLES F. CLAIBORNE, JUDGE.

On Rehearing.

In our original opinion we maintained the exception of no cause of action on the ground that notwithstanding the clause in the contract

"subject to Homestead Loan #15,000.00"

yet

"there was nothing in the petition which averred that defendant failed in any way to comply with the conditions of the contract, or that she had made no endeavor to do so. The allegations of the entire petition fail to state this fact, and to our minds, this is fatal to plaintiff's cause".

But upon the application for a rehearing the plaintiff calls our attention to the fact that he does not pitch his case altogether upon that clause of the contract, but also upon the allegation that the defendant, independently of said clause, had changed her mind, and with the consent of the vendor agreed to cancel the contract of sale. The allegations of his petition are:

"That the said Mrs. Isabel Smith thereupon expressed an unwillingness to comply with the terms of said agreement x x and requested Mrs. Baldwin to release her thereunder; and that the said Mrs. Baldwin x x released Mrs. Smith from her obligations under said contract to purchase the residence".

Without expressing any opinion as to the liability of the defendant if the above allegations are proven, and of the

36

circumstances which brought about the cancellation of the contract, we are of the opinion that the plaintiff is entitled to have all the facts of his case submitted to the Court and his rights thereunder adjudicated.

It is therefore ordered that our previous decree herein be set aside, and that the judgment of the District Court maintaining the exceptions herein be avoided and set aside, and that this case be remanded for further proceedings according to law.

Judgment reversed and case remanded.